IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sharon Bogan, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 09 CV ____ |
| *-vs-* | ) | |
| | ) | *(jury demand)* |
| City of Chicago and Chicago | ) | |
| Police Sergeant S. Jasica, #2200, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1.      This is a civil action arising under 42 U.S.C. §1983.  The jurisdiction of this court is conferred by 28 U.S.C §1343 and 28 U.S.C. §1367.

2.      Plaintiff Sharon Bogan is a resident of the Northern District of Illinois.

3.      Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367. Pursuant to *Wilson v. City of Chicago*, 120 F.3d 681, 685 (7th Cir. 1997), plaintiff joins the City to obtain a declaratory judgment of the City's obligation to indemnify defendant Bogan for any judgment which may be entered against her for compensatory damages.

4.     Defendant Chicago Police Sergeant S. Jasica, #2200 was at all relevant times acting under the color of her authority as a Chicago Police Officer.

5.     In the early morning hours of May 9, 2009, plaintiff and four minor children were asleep in plaintiff's residence in the 6400 block of South Ashland Ave when several Chicago Police Officers, acting under the direction and control of defendant Jasica, kicked in the front door and entered plaintiff's home with their guns drawn.

6.     After damaging the door, the officers searched plaintiff's home, brandished their firearms in a menacing manner, and caused plaintiff to be scared, embarrassed, and distressed.

7.     Defendant Jasica did not have a warrant or any lawful basis to direct the above described entry and search of plaintiff's home.

8.     The above described actions of defendant Jasica caused plaintiff to be deprived of rights as secured by the Fourth and Fourteenth Amendments to the Constitution and to incur property damage, and emotional distress, embarrassment, and humiliation.

9.     Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in her favor and against defendants in an amount in excess of fifty thousand dollars as compensatory damages.     Plaintiff also requests that a

declaratory judgment be entered against the City of Chicago declaring that it is liable, as the indemnifier, for any award of compensatory damages made against the individual defendant.

/s/ Kenneth N. Flaxman

Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200

Benjamin Netzsky
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 602-2233

*Attorneys for Plaintiff*