# United States District Court
## Northern District of Illinois
### Eastern Division

Bogan                                           **JUDGMENT IN A CIVIL CASE**

              v.                                     Case Number: 09 C 3852

City of Chicago

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that jury returns its verdict in favor of defendants on the claims as to Matthew Breen and William Langle.

                                                     Michael W. Dobbins, Clerk of Court

Date: 3/9/2010                                 _____
                                                        /s/ Olga Rouse, Deputy Clerk